**P & B PACKERS, INC., Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**P & B PACKERS, INC., Respondent.**

Nos. 71-1529, 71-1634.

United States Court of Appeals, Tenth Circuit.

June 20, 1972.

Richard R. Rock, Arkansas City, Kan. (Rock & Smith, Arkansas City, Kan., and Thomas C. Boone, Hays, Kan., on the brief), for P & B Packers, Inc.

Lawrence D. Levien, Atty., N.L.R.B. (Peter G. Nash, Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, and Leonard M. Wagman, Atty., Washington, D. C., on the brief), for N.L.R.B.

Before LEWIS, Chief Judge, and HOLLOWAY and BARRETT, Circuit Judges.

PER CURIAM.

This is a petition to review and set aside an order of the National Labor Relations Board with a cross-application by the Board for an order of enforcement. The Board adopted the findings and conclusions of the trial examiner, 192 N.L.R.B. No. 32. The sole appellate contention of P & B Packers, Inc. questions the sufficiency of the evidence to support the Board's determination of a violation of Section 8(a) (3), National Labor Relations Act, 29 U.S.C. § 158(a) (3), in the discharge of an employee, one Tholen. We are satisfied that the record as a whole amply supports the Board's decision.

The petition to set aside is denied and the order will be enforced. It is so ordered.

**NATIONAL LABOR RELATIONS BOARD, Petitioner,**

v.

**TEAMSTERS, CHAUFFEURS, WAREHOUSEMEN & HELPERS, LOCAL 542, Respondent.**

No. 71-2423.

United States Court of Appeals, Ninth Circuit.

June 16, 1972.

S. Zirkin (argued), Thomas E. Silfen, Marcel Mallet-Prevost, Asst. Gen. Counsel, Peter G. Nash, Gen. Counsel, NLRB, Washington, D. C., for petitioner.

Richard D. Prochazka (argued), H. Ronald Domnitz, of Domnitz & Prochazka, San Diego, Cal., for respondent.

Before BARNES, ELY, and CARTER, Circuit Judges.

PER CURIAM:

The Board's Decision and Order, based essentially upon an exhaustive report of its Hearing Examiner, is reported at 191 NLRB No. 79.

Our review of the record convinces us that the Board's Order should be enforced; accordingly, the Petition for Enforcement is granted.